

# U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

Sharon Ashe
Assistant U.S. Attorney

970 Broad Street, Suite 700
Newark, New Jersey 07102

(973) 645-2743

March 31, 2008

Honorable Peter G. Sheridan
United States District Judge
for the District of New Jersey
Martin Luther King, Jr. Federal
 Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

        Re: **United States v. John Jaramillo**
            **Criminal No. 07-1034**

Dear Judge Sheridan:

      The parties in the above-referenced case jointly and respectfully ask for an adjournment of the sentencing hearing now scheduled for April 3, 2008, at 11:00 a.m. Brian Neary, defense counsel, is in a trial before Judge Ackerman which will continue through the sentencing date. The government seeks an adjournment as well, to give the defendant an additional opportunity to proffer, if he is so inclined.

      If it is convenient for the court's calendar, a one month continuance would be greatly appreciated.

SO ORDERED: /s/ Peter G. Sheridan
DATED: 4/1/08

Respectfully submitted,

CHRISTOPHER J. CHRISTIE
United States Attorney

/s/

By: Sharon Ashe
Assistant U.S. Attorney

cc: Brian Neary, Esq., via fax