LAW OFFICES
## Brian J. Neary
COURT PLAZA SOUTH - EAST WING
21 MAIN STREET, SUITE 305A
HACKENSACK, NEW JERSEY 07601
(201) 488-0544
FAX (201) 488-0240
Email: brianneary@rcn.com
www.nearylaw.com

BRIAN J. NEARY*◊
CERTIFIED BY THE N.J. SUPREME COURT
AS A CRIMINAL TRIAL ATTORNEY
SEVERIANO EMILE LISBOA, IV•
JANE M. PERSONETTE

OF COUNSEL
MIRA LUKOVIC MULLINS
JAMES M. DOYLE

*ALSO MEMBER NY BAR
◊ALSO MEMBER MASS. BAR

1 NEWARK STREET
SUITE 28
HOBOKEN, NJ 07030
(201) 420-8101

15 MAIDEN LANE
SUITE 1008
NEW YORK, NEW YORK 10038
(212) 233-4995

May 20, 2008

Honorable Peter G. Sheridan, U.S.D.J.
United States District Court, District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

    RE:    <u>United States v. John Jaramillo</u>
                Criminal No. 2:07-cr-01034-PGS

Dear Judge Sheridan:

    I represent Mr. John Jaramillo presently scheduled before Your Honor for sentence on May 27, 2008. This letter is to respectfully request an adjournment of this date.

    Please be advised that Mr. Jaramillo is scheduled for a proffer session on May 30, 2008. Such a meeting is important to both the Defendant and the Government prior to Defendant's sentence. Unfortunately due to my trial schedule (I am presently trying a homicide in Bergen County Superior Court), previously scheduled proffers had to be rescheduled. As such, I would respectfully request a short adjournment. I have conferred with Assistant United States Attorney General Sharon Ashe and she has consented to this request.

    Thank you for your consideration.

Respectfully yours,

/s/ Brian J. Neary

BRIAN J. NEARY (8398)

BJN/cms

*Sentencing is scheduled for June 30, 2008 at 12:00 pm*

SO ORDERED: /s/ Peter Sheridan
DATED: 5/27/08