LAW OFFICES
# BRIAN J. NEARY
COURT PLAZA SOUTH - EAST WING
21 MAIN STREET, SUITE 305A
HACKENSACK, NEW JERSEY 07601
(201) 488-0544
FAX (201) 488-0240
Email: brianneary@rcn.com
www.nearylaw.com

BRIAN J. NEARY*◊
   CERTIFIED BY THE N.J. SUPREME COURT
   AS A CRIMINAL TRIAL ATTORNEY
SEVERIANO EMILE LISBOA, IV*
JANE M. PERSONETTE

OF COUNSEL
MIRA LUKOVIC MULLINS
JAMES M. DOYLE

*ALSO MEMBER NY BAR
◊ALSO MEMBER MASS. BAR

1 NEWARK STREET
SUITE 28
HOBOKEN, NJ 07030
(201) 420-8101

15 MAIDEN LANE
SUITE 1008
NEW YORK, NEW YORK 10038
(212) 233-4995

June 25, 2008

Honorable Peter G. Sheridan, U.S.D.J.
United States District Court, District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

*As Ordered sentencing to be July 25, 2008 at 10:00 am*
*Peter M Sheridan*
*6/26/08*

    RE:    United States v. John Jaramillo
             Criminal No. 2:07-cr-01034-PGS

Dear Judge Sheridan:

    I represent Mr. John Jaramillo presently scheduled before Your Honor for sentence on Monday June 30, 2008. This letter is to respectfully request an adjournment of this date.

    Please be advised that I have been on trial before the Honorable Donald Venezia, J.S.C., Bergen County Superior Court. The homicide trial of State of New Jersey v. Rashan McGrath commenced approximately 6 weeks ago and is expected to continue for at least the next two weeks. Due to juror availability during the holiday week, Judge Venezia has advised that we will be working on Monday, thus making me unable to travel to Newark for Mr. Jaramillo's sentencing. I would respectfully request short adjournment. I have conferred with Assistant United States Attorney General Sharon Ashe and she has consented to this request.

    Thank you for your consideration.

                        Respectfully yours,

                        /s/ Brian J. Neary

                        BRIAN J. NEARY (8398)

BJN/mhf