UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JOHN JARAMILLO | Civil Action No.: 07-cr-1034 (PGS)<br><br>**ORDER** |

This matter having been brought before the Court by John Jaramillo pursuant to two identical motions for the return of seized property; and the Court having considered the papers submitted in support of and in opposition to the motions; and for the reasons set forth on the record on July 29, 2010; and for good cause having been shown;

It is on this 29th day of July 2010 **ORDERED** that Jaramillo's motions for the return of seized property are denied. (ECF Nos. 54, 55.)

_____
HON. PETER G. SHERIDAN, U.S.D.J.